ORIGINAL

FILED

01/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0670

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Cause No. DA 22-0670

FILED

JAN 3 1 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

360 Reclaim, LLC, a Montana Limited Liability Company,
Plaintiff/Defendant/Counter-Plaintiff/Third-Party
Plaintiff, and Appellee

v.

William M. Russell, an individual,
Defendant/Plaintiff/Counter-Defendant, and Appellant

And

Mountain View Investments, L.C., an Idaho Limited Company,
Co-Defendant/Co-Appellant.

___

## ORDER

___

Upon consideration of Appellant William Russell's motion for extension of time to file his opening brief:

**IT IS HEREBY ORDERED** that Appellant is granted an extension of time until March 6, , 2023 to file and serve his opening brief in the above-entitled cause.

Made and entered this 31 day of January , 2023.